UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   17-05275 |
| Danyella Thornton | ) | |
| | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Timothy Barnes |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**Order Modifying Plan**

This matter coming before the Court on the Chapter 13 Trustee's Motion to Modify Plan under 11 U.S.C. section 1329;

IT IS HEREBY ORDERED:

(1)  The confirmed plan is amended to pay unsecured creditors not less than 100% of their claims; and

(2) Plan payments are increased to $2,861.00 per month.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated:  August 08, 2019

**Prepared by:**

Office of the Chapter 13 Trustee
224 S. Michigan Ave., Suite 800
Chicago, IL 60604
(312) 431-1300