UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| Honorable | Timothy A. Barnes | Hearing Date | September 5, 2019 |
| Bankruptcy Case No. | 17 B 05275 | Adversary No. | |
| Title of Case | Danyelle Kenyanna Thornton | | |

**Brief Statement of Motion:** Debtor's Motion To Modify Plan

**Names and Addresses of moving counsel:**

**Representing:**

## ORDER

Per Local Rule 9013-1(G), motion is denied without prejudice and without hearing for failure to comply with Local Rule 9013-1(C) by failing to include a fillable order in compliance with the court's administrative procedures.

*/s/ Timothy A. Barnes* AH